**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | 2:22-cv-03027-AB-E | Date: | July 18, 2023 |
|---|---|---|---|

| Title: | *David Smith v. United States of America et al.* |
|---|---|

| Present: The Honorable | ANDRÉ BIROTTE JR., United States District Judge |
|---|---|

| Carla Badirian | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:**   [In Chambers] ORDER DISMISSING ACTION FOR LACK OF PROSECUTION AND FAILURE TO RESPOND TO COURT ORDER

On June 1, 2023, the Court issued to Plaintiff an Order to Show Cause Why Case Should Not Be Dismissed for Lack of Prosecution, and gave Plaintiff until July 7, 2023, to respond. *See* OSC (Dkt. No. 37). The Court also advised Plaintiff that if no response is filed by that date, the case will be dismissed without further notice. As of the date of this Order, Plaintiff has not responded to the OSC.

Accordingly, this action is dismissed without prejudice, for lack of prosecution and for Plaintiff's failure to respond to the Court's OSC.

**IT IS SO ORDERED**.